FILED
2022 MAY 11 PM 1:45
CLERK
U.S. DISTRICT COURT

RECEIVED CLERK

MAY 0 2 2022

U.S. DISTRICT COURT

Name: Eric Ison Jones Jr.
Address: 3415 S. 900 W., SLC, UT, 84119
Telephone: (385-318-5877)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

Eric Ison Jones Jr.
(Full Name)
PLAINTIFF

vs.

Sim Gill
Brett Robinson
Tyson V. Hamilton

DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 2:22-cv-00305
Assigned To : Nielson, Howard C., Jr
Assign. Date : 5/2/2022
Description: Jones v Gill et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ✓ 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Eric Ison Jones Jr.
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: 3415 South 900 West
   SLC, Utah, 84119

Complaint 1

3. NAME OF FIRST DEFENDANT Sim Gill
   IS A CITIZEN OF Salt Lake City, Utah
   (City and State)

   IS EMPLOYED AS District Attorney at DA's Office
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Defamated my character on national t.v. which violated my due process to have a fair trial. Persuaded a jury, a judge, my legal cousil before court proceedings begin.

4. NAME OF SECOND DEFENDANT Brett Robinson
   (If applicable)

   IS A CITIZEN OF Utah
   (City and State)

   IS EMPLOYED AS Detective at Salt Lake P.D.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   It is police misconduct standing on principal to violate my due process to have a fair trial. Creating a situation of entrapment so I have a bias trial.

5. NAME OF THIRD DEFENDANT Tyson V. Hamilton
   (If applicable)

   IS A CITIZEN OF Utah
   (City and State)
   IS EMPLOYED AS Detective at Salt Lake PD
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

It is police misconduct standing on principal to violate my due process to have a fair trial. Creating a situation of entrapment so I have a bias trial.

6. NAME OF FOURTH DEFENDANT_____
(If applicable)

IS A CITIZEN OF_____
(city and State)

IS EMPLOYED AS_____ at _____.
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

The defendants willingly and knowingly defamated my character and slandered me on national tv. Violating my due process to have a fair trial. Using tactics to entrap me to a jury, a judge, my legal counsil, and the community to be bias in my trial and court proceedings before they begin.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Violation of my due process for a fair trial.

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.) Defendants broadcasted live interviews with Past alleged victims and documentation of charges dropped against me. To persuade the televised audiance, a jury, a judge, my legal counsil, and community to be bias in my trial. To find me guilty before further Court proceedings even begin.

   b. (1) Count II: Defamation of character and slander on national television.

   (2) Supporting Facts: Defendant #1 Sim Gill defamated my Character and slandered me along with a alleged past victim on national t.v. Speaking and using false allegations to persuade a jury, a judge, my legal counsil, and Community to entrap me to convict me. Before Court Proceedings begin that is entrapment.

   c. (1) Count III: Police Misconduct by not standing on Principle.

(2) Supporting Facts: Defendants are violating my due process to a fair trial. Using slander by defamation of character creating a situation of entrapment to intentionally make me have a bias trial or jury.

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Defendants have caused plaintiff mental and emotional break downs. Plaintiff feel emotionally destroyed. Not knowing if he will die in prison from false allegations or ever get hired in a public place in the future. Plaintiff is feeling alot of pain and suffering.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO __✓__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    d.    Issues raised: _____

_____

_____

    e.    When did you file the lawsuit?  _____
                                                        Date   Month   Year

    f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____.  If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

Plaintiff request the defendants pay 300,000,000.00 dollars for destroying the plaintiffs reputation in the public eye forever. Violating his due process to a fair trial and pain and suffering.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __SLC Metro Jail__ on __4/26/__ 20__22__.
(Location)                        (Date)

_____
Signature