Inmate Name Eric Ison Jones Jr.
Booking # 22005317
SO/Permanent # 330337
Location A4-25-Bottom

**Salt Lake County Metro Jail**
**3415 South 900 West**
**Salt Lake City, UT 84119**

Legal Mail

Complant 1



NEOPOST  FIRST-CLASS MAIL
04/27/2022
US POSTAGE $000.53⁰

ZIP 84119
041M11288362

Atten: Clerk of Court
Orrin G. Hatch Court House
United States District
351 South West Temple
Salt Lake City, Utah, 84101

84101$1908 C002

Inmate Name Eric Ison Jones Jr.
Booking # 22005317
SO/Permanent # 330337
Location A4-25-Bottom

**Salt Lake County Metro Jail**
**3415 South 900 West**
**Salt Lake City, UT 84119**

Legal Mail

Atten: Clerk of Court
Orrin G. Hatch Court House
United States District
351 South West Temple
Salt Lake City, Utah, 84101

Complaint 1

NEOPOST    FIRST-CLASS MAIL
04/27/2022
US POSTAGE $000.53⁰



ZIP 84119
041M11288362

84101131908 C002

Inmate Name Eric Ison Jones Jr.
Booking # 22005317
SO/Permanent # 330337
Location A4-25-Bottom

Salt Lake County Metro Jail
3415 South 900 West
Salt Lake City, UT 84119

Legal Mail

Atten: Clerk of Court
Orrin G. Hatch Court House
United States District
351 South West Temple
Salt Lake City, Utah, 84101

Complaint 1

NEOPOST   FIRST-CLASS MAIL
04/27/2022
US POSTAGE $000.53⁰



ZIP 84119
041M11288362

Inmate Name Eric Tson Jones Jr.
Booking # 22005317
SO/Permanent # 330337
Location A4-25-Bottom

**Salt Lake County Metro Jail**
**3415 South 900 West**
**Salt Lake City, UT 84119**

Legal Mail

Atten: Clerk of Court
Orrin G. Hatch Court House
United States District
351 South West Temple
Salt Lake City, Utah, 84101

Complaint 1

NEOPOST  FIRST-CLASS MAIL
04/27/2022
US POSTAGE $000.53⁰



ZIP 84119
041M11288362

841013190B C002

Inmate Name Eric Ison Jones Jr.
Booking # 22005317
SO/Permanent # 330337
Location A4-25-Bottom

Salt Lake County Metro Jail
3415 South 900 West
Salt Lake City, UT 84119

Legal Mail –

Complaint 1



NEOPOST      FIRST-CLASS MAIL
04/27/2022
US POSTAGE $000.53⁰

ZIP 84119
041M11288362

Atten: Clerk of Court
Orrin G. Hatch Court House
United States District
351 South West Temple
Salt Lake City, Utah, 84101

Inmate Name Eric Tson Jones Jr.
Booking # 22005317
SO/Permanent # 330337
Location A4-25-Bottom

**Salt Lake County Metro Jail**
**3415 South 900 West**
**Salt Lake City, UT 84119**

Atten: Clerk of Court
Orrin G. Hatch Court House
United States District
351 South West Temple
Salt Lake City, Utah, 84101

NEOPOST
04/28/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL



ZIP 84119
041M11288362

84101$1908 C002