THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC ISON JONES JR., <br><br> Plaintiff, <br><br> v. <br><br> SAM GILL *et al.*, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER** <br><br> Case No. 2:22-CV-305-HCN <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

    Plaintiff filed his civil complaint in this case as a prisoner. S*ee* Dkt. No. 5. On May 11, 2022, he was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See* Dkt. No. 4. On June 22, 2022, the court ordered Plaintiff to within thirty days submit to the court an initial partial filing fee of $1.67 and sign and file with the court a form consenting to collection from his inmate account of the filing fee in increments. *See* Dkt. No. 11. Plaintiff has not complied.

    **IT IS HEREBY ORDERED** that Plaintiff shall file a brief showing cause why this case should not be dismissed for failure to prosecute or to comply with court orders no later than September 26, 2022. *See* D. Utah Civ. R. 83-1.3(e). Failure to do so will result in this action's dismissal for failure to prosecute and to comply with the court's orders. *See* D. Utah. Civ. R. 41-2. A new consent-to-collection form is attached if Plaintiff wishes to use it. Along with remitting his initial partial filing fee, Plaintiff shall sign the consent form, copy it, give the original to the inmate account office, and send the copy to the Court.

DATED this 26th day of August, 2022.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

I, Eric Ison Jones Jr. (Case No. 2:22-CV-305 HCN), understand that even though the Court has granted my application to proceed *in forma pauperis* and filed my complaint, I must still eventually pay the entire filing fee of $350.00.  I understand that I must pay the complete filing fee even if my complaint is dismissed.

I, Eric Ison Jones Jr., hereby consent for the appropriate institutional officials to withhold from my inmate account and pay to the court an initial payment of $1.67, which is 20% of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint or petition; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint or petition.

I further consent for the appropriate institutional officials to collect from my account on a continuing basis each month, an amount equal to 20% of each month's income.  Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court for the District of Utah, 351 S. West Temple, Rm. 1.100, Salt Lake City, UT  84101, until such time as the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court.

_____
Signature of Inmate
Eric Ison Jones Jr.